SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-6927

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>Petitioner,<br><br>v.<br><br>PHAT THE HUYNH,<br><br>Respondent. | C 07-2539 MMC<br><br>MEMORANDUM IN SUPPORT OF PETITION TO ENFORCE SUBPOENA ISSUED BY A UNITED STATES IMMIGRATION JUDGE |

## I. INTRODUCTION

Pursuant to 8 C.F.R. § 1003.35(b)(6), Executive Office of Immigration Review (EOIR) in the United States Department of Justice, hereby petitions the Court for an order directing Phat The Huynh to show cause why he should not be compelled to appear and testify at the removal proceeding of Phuong Thi Ly (A45-997-108) in Immigration Court in San Francisco, California, in compliance with a subpoena issued by United States Immigration Judge Robert Yeargin.

## II. BACKGROUND

Phuong Thi Ly is a native of Vietnam who is currently in removal proceedings in Immigration Court in San Francisco. Declaration of Edward A. Olsen at Exhibit A. She was initially admitted to the United States on July 26, 1996, as a conditional resident, based on her marriage to Phat The Huynh (the respondent in this case). *Id.* On May 11, 1998, she filed a petition with the United

1

States Citizenship and Immigration Services (USCIS) to remove the condition on her residency. *Id.* The USCIS denied the petition on June 24, 1999, and placed Ly in removal proceedings on August 19, 1999, via a Notice to Appear. *Id.* The Notice to Appear alleges that Ly is removable under 8 U.S.C. § 1231(a)(1)(D)(i) as an alien whose conditional residency in the United States was terminated. *Id.*

While in removal proceedings, Ly's current husband filed a I-130 Petition for Alien Relative on Ly's behalf on May 18, 2004. *Id.* This petition was denied by the USCIS, as well as a second I-751 waiver petition (referred to as a "good faith waiver"), on the ground that Ly was unable to establish that her marriage to her first husband, Phat The Huynh, was bona fide. *Id.*

The central issue in the removal proceeding is whether Ly's marriage to Phat The Huynh was bona fide. *Id.* Ly seeks to call Phat The Huynh as a witness. *Id.* On October 23, 2006, after determining that Phat The Huynh was unwilling to testify and that his appearance is essential to the removal proceeding, the Immigration Judge issued a subpoena to Phat The Huynh ordering him to appear at a removal hearing on December 20, 1996. *See* 8 U.S.C. § 1229a(b)(1) ("The immigration judge may issue subpoenas for the attendance of witnesses and presentation of evidence."); 8 C.F.R. § 1287.4.[1] As indicated on the return of service, the subpoena was served by personal service on Phat The Huynh on October 28, 2006, by Sean Yackle, a registered process server. Olsen Declaration at Exhibit B.

Phat The Huynh did not appear as ordered or contact the Immigration Judge prior to his scheduled appearance on December 20, 2006. Olsen Declaration at Exhibit A. The Immigration Judge then issued a decision on April 26, 2007, finding that: (1) Phat The Huynh was properly served with a subpoena commanding him to appear at a hearing before the Immigration Judge on December 20, 2006, (2) Phat The Huynh failed to appear at the December 20, 2006 hearing or contact the Immigration Court in advance of the hearing and was thus in contempt of the Immigration Judge's proper exercise of authority. *Id.*

---

[1] 8 U.S.C. § 1229a(b)(1) also provides that the immigration judge "shall have the authority (under regulations provided by the Attorney General) to sanction by civil money penalty any action (or inaction) in contempt of the judge's proper exercise of authority under this chapter." The Attorney General, however, has not yet promulgated such regulations.

2

1  Dated: May 11, 2007                Respectfully submitted,

                                      SCOTT N. SCHOOLS
                                      United States Attorney

                                      EDWARD A. OLSEN
                                      Assistant United States Attorney