1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-6927
7
   Attorneys for Petitioner
8

9                    UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  UNITED STATES DEPARTMENT OF           )   No. C 07-2539
    JUSTICE, EXECUTIVE OFFICE FOR         )
13  IMMIGRATION REVIEW,                   )
                                          )
14               Petitioner,              )   [PROPOSED] ORDER TO SHOW
                                          )   CAUSE RE: ENFORCEMENT OF
15           v.                           )   SUBPOENA ISSUED BY A UNITED
                                          )   STATES IMMIGRATION JUDGE
16  PHAT THE HUYNH,                       )
                                          )
17               Respondent.              )
                                          )
18  _____ )

19      Good cause having been shown by the petitioner upon its petition filed in the above-entitled

20  matter, it is hereby:

21      **ORDERED** that respondent, Phat The Huynh, is ordered to appear before this Court on June

22  29, 2007, at 9:00 a.m./p.m. in Courtroom No. 7, 19th Floor, United States District Court,

23  450 Golden Gate Avenue, San Francisco, California, 94102, and then and there, show cause, if

24  any, why he should not be compelled to appear on July 18, 2007, at 9:00 a.m., at the removal

25  hearing of Phuong Thi Ly (A45-997-108), as directed by the subpoena issued by Immigration

26  Judge Robert Yeargin, which was served on the respondent on October 28, 2006.

27      **ORDERED** that a certified copy of the Order to Show Cause, together with a copy of the

28  aforesaid petition, as well as the petitioner's memorandum in support of petition and the

    declaration of Edward A. Olsen, be served upon said respondent in accordance with Rule 4 of the

                                                1

1  Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order
2  above specified; and it is further
3      ORDERED that within twenty-one (21) days before the return date of this Order, respondent
4  may file and serve a written response to the petition, supported by appropriate affidavit(s) or
5  declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion they desire to make,
6  that the petitioner may file and serve a written reply to such response, if any, within fourteen (14)
7  days before the return date of this Order; that all motions and issues raised by the pleadings will be
8  considered on the return date of this Order; and only those issues raised by motion or brought into
9  controversy by the responsive pleadings and supported by affidavit(s) or declarations(s) will be
10 considered at the return of this Order, and any uncontested allegation in the petition will be
11 considered admitted.
12
     **IT IS SO ORDERED.**
13
14 Dated: MAY 1 6 2007         /s/ Maxine M. Chesney
15                             United States District Judge