AO 440 (Rev. 8/01) Summons in a Civil Action

E-filing

# UNITED STATES DISTRICT COURT

NORTHERN _____   District of   CALIFORNIA _____

UNITED STATES DEPARTMENT OF JUSTICE,
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,
           Petitioner,

V.

PHAT THE HUYNH,
           Respondent.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 - 2539 MMC

TO: (Name and address of Defendant)

Phat The Huynh
176 Round Street
Vallejo, CA 94589

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Edward Olsen
U.S. Attorney's Office
450 Golden Gate Avenue, 10th Floor
San Francisco, CA 94102
Tel: (415) 436-6915

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK _____

MAY 1 4 2007

DATE _____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/14/2007 |
| NAME OF SERVER *(PRINT)* Tiffani Chiu | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  by certified mail

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/22/2007
             Date

/s/
Signature of Server

450 Golden Gate Avenue, San Francisco, CA  94102
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery  5/15/07 |
| 1. Article Addressed to:<br><br>Phat The Huynh<br>176 Round Street<br>Vallejo, CA  94589 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:   ☒ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7000 0520 0025 3525 2730 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |