SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-6927

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>        Petitioner,<br><br>   v.<br><br>PHAT THE HUYNH,<br><br>        Respondent. | No. 07-2539<br><br>**RESPONSE TO ORDER DIRECTING PETITIONER TO FILE PROOF OF SERVICE AND PROPOSED ORDER** |

    The petitioner hereby notifies the Court that it mistakenly did not properly serve the respondent, Phat The Huynth, with a certified copy of the order to show cause, the petition, and documents filed in support of the petition.[1]  The petitioner apologizes for the inconvenience this creates for the Court.  The petitioner intends to promptly file an amended proposed order to show cause, amended petition, and documents in support of the amended petition as soon as the Immigration Court re-schedules the July 18, 2007 removal hearing to a later date.

    The petitioner will submit a proposed form of order granting the petition when it files its

---

[1] The petitioner mailed a copies of these documents to the respondent (including the OSC, which was mailed out on May 17, 2007), but recognizes that service was not in accordance with Federal Rule of Civil Procedure 4.

1

1  amended proposed order to show cause, amended petition, and documents in support of the
2  amended petition.

3

4
   DATED: June 20, 2007                              SCOTT N. SCHOOLS
5                                                    United States Attorney

6

7                                                         /s/
                                                     EDWARD A. OLSEN
8                                                    Assistant United States Attorney