IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>PHAT THE HUYNH,<br><br>　　　　Respondent.<br>_____/ | No. C-07-2539 MMC<br><br>**ORDER VACATING JUNE 29, 2007 HEARING RE: ORDER TO SHOW CAUSE** |

　　　On June 14, 2007, the Court issued an order directing petitioner to file proof that it timely served respondent with a certified copy of the order to show cause, the petition, and the documents filed in support of the petition, in accordance with the requirements of Rule 4 of the Federal Rules of Civil Procedure. In light of petitioner's admission, in its June 20, 2007 response, that it neglected to serve respondent, the June 29, 2007 hearing with respect to the order to show cause is hereby VACATED.

　　　**IT IS SO ORDERED.**

Dated: June 22, 2007

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge