1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                      UNITED STATES DISTRICT COURT

10                    NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12 UNITED STATES DEPARTMENT OF        )
   JUSTICE, EXECUTIVE OFFICE FOR      )   No. C 07-2539 MMC
13 IMMIGRATION REVIEW,                )
                                      )
14           Petitioner,               )   **PROOF OF SERVICE**
                                      )
15           v.                        )
                                      )
16 PHAT THE HUYNH,                    )
                                      )
17           Respondent.               )
                                      )
18 _____

19     The undersigned hereby certifies that she is an employee of the Office of the United States

20 Attorney for the Northern District of California and is a person of such age and discretion to be

21 competent to serve papers.  The undersigned further certifies that she caused a copy of: **Response**

22 **to Order Directing Petitioner to File Proof of Service and Proposed Order** electronically filed

23 on June 20, 2007, and this **Proof of Service**  to be served this date by mail upon the person at the

24 address stated below, which is the last known address:

25 Phat The Huynh
   176 Round Street
26 Vallejo, CA 94589

27 ///

28

Proof of Service
C07-2539 MMC                                       1

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed this 22nd day of June 2007, at San Francisco, California.

            /s/
           Tiffani Chiu
           Paralegal Specialist

Proof of Service
C07-2539 MMC            2