SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-6927

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>PHAT THE HUYNH,<br><br>　　　　　Respondent. | No. 07-2539-MMC<br><br>**AMENDED PETITION TO ENFORCE A SUBPOENA ISSUED BY A UNITED STATES IMMIGRATION JUDGE** |

　　The petitioner, the Executive Office for Immigration Review in the United States Department of Justice, alleges and petitions as follows:

　　1. This proceeding is brought under 8 C.F.R. § 1003.35(b)(6).

　　2. The petitioner is the Executive Office for Immigration Review in the United States Department of Justice.

　　3. Venue in this district is appropriate because the subpoena at issue was issued by the United States Immigration Court in San Francisco, California.  *See* 8. C.F.R. § 1003.35(b)(6).

　　4. The respondent is Phat The Huynh, whose last known residence is 176 Round Street, Vallejo, California 94589.

　　5. On October 23, 2006, after determining that the testimony of Phat The Huynh was essential in the removal proceeding of Phuong Thi Ly (A45-997-108) in the United States Immigration Court

1

in San Francisco, California, and that he was unwilling to testify, United States Immigration Judge Robert Yeargin issued a subpoena to Phat The Huynh, ordering him to appear and testify in Immigration Court on December 20, 2006.

6. Phat The Huynh was personally served with the subpoena on October 28, 2006.

7. Phat The Huynh failed to appear at the December 20, 2006 hearing or contact the Immigration Judge in advance of the hearing.

8. In a decision dated April 26, 2007, the Immigration Judge requested the assistance of the United States Attorney's Office in securing a district court order requiring the attendance of Phat The Huynh at the next scheduled hearing in the removal proceeding of Phuong Thi Ly, which is currently scheduled for August 22, 2007, at 2:00 p.m.

9. 8 C.F.R. § 1003.35(b)(6) provides:

> If a witness neglects or refuses to appear and testify as directed by the subpoena served upon him or her in accordance with the provisions of this section, the Immigration Judge issuing the subpoena shall request the United States Attorney for the district in which the subpoena was issued to report such neglect or refusal to the United States District Court and to request such court to issue an order requiring the witness to appear and testify and to produce the books, papers or documents designated in the subpoena.

10. WHEREFORE, petitioner requests that the Court:

A. Issue an order directing Phat The Huynh to appear before the Court at a time and a place directed by this Court to show cause why he should not be compelled to appear and testify at the removal proceedings of Phuong Thi Ly, in the United States Immigration Court in San Francisco, California, on August 22, 2007, at 2:00 p.m., in compliance with the subpoena issued by United States Immigration Judge Robert Yeargin.

B. Grant the petitioner its costs in this proceeding and such other and further relief as may be necessary and proper.

1  Dated: June 28, 2007					Respectfully submitted,

2

3							SCOTT N. SCHOOLS
							United States Attorney

4

							_____/s/_____
5							EDWARD A. OLSEN
							Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28