SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-6927

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>    Petitioner,<br><br>v.<br><br>PHAT THE HUYNH,<br><br>    Respondent. | No. 07-2539-MMC<br><br>**AMENDED MEMORANDUM IN SUPPORT OF PETITION TO ENFORCE SUBPOENA ISSUED BY A UNITED STATES IMMIGRATION JUDGE** |

## I. INTRODUCTION

Pursuant to 8 C.F.R. § 1003.35(b)(6), the Executive Office of Immigration Review (EOIR) in the United States Department of Justice, hereby petitions the Court for an order directing Phat The Huynh to show cause why he should not be compelled to appear and testify at the removal proceeding of Phuong Thi Ly (A45-997-108) in Immigration Court in San Francisco, California, on August 22, 2007, at 2:00 p.m., in compliance with a subpoena issued by United States Immigration Judge Robert Yeargin.

## II. BACKGROUND

Phuong Thi Ly is a native of Vietnam who is currently in removal proceedings in Immigration Court in San Francisco. Declaration of Edward A. Olsen at Exhibit A. She was initially admitted to the United States on July 26, 1996, as a conditional resident, based on her marriage to Phat The

1

Huynh (the respondent in this case). *Id.* On May 11, 1998, she filed a petition with the United States Citizenship and Immigration Services (USCIS) to remove the condition on her residency. *Id.* The USCIS denied the petition on June 24, 1999, and placed Ly in removal proceedings on August 19, 1999, via a Notice to Appear. *Id.* The Notice to Appear alleges that Ly is removable under 8 U.S.C. § 1231(a)(1)(D)(i) as an alien whose conditional residency in the United States was terminated. *Id.*

While in removal proceedings, Ly's current husband filed a I-130 Petition for Alien Relative on Ly's behalf on May 18, 2004. *Id.* This petition was denied by the USCIS, as well as a second I-751 waiver petition (referred to as a "good faith waiver"), on the ground that Ly was unable to establish that her marriage to her first husband, Phat The Huynh, was bona fide. *Id.*

The central issue in the removal proceeding is whether Ly's marriage to Phat The Huynh was bona fide. *Id.* Ly seeks to call Phat The Huynh as a witness. *Id.* On October 23, 2006, after determining that Phat The Huynh was unwilling to testify and that his appearance is essential to the removal proceeding, the Immigration Judge issued a subpoena to Phat The Huynh ordering him to appear at a removal hearing on December 20, 1996. *See* 8 U.S.C. § 1229a(b)(1) ("The immigration judge may issue subpoenas for the attendance of witnesses and presentation of evidence."); 8 C.F.R. § 1287.4.[1] As indicated on the return of service, the subpoena was served by personal service on Phat The Huynh on October 28, 2006, by Sean Yackle, a registered process server. Olsen Declaration at Exhibit B.

Phat The Huynh did not appear as ordered or contact the Immigration Judge prior to his scheduled appearance on December 20, 2006. Olsen Declaration at Exhibit A. The Immigration Judge then issued a decision on April 26, 2007, finding that: (1) Phat The Huynh was properly served with a subpoena commanding him to appear at a hearing before the Immigration Judge on December 20, 2006, (2) Phat The Huynh failed to appear at the December 20, 2006 hearing or contact the Immigration Court in advance of the hearing and was thus in contempt of the

---

[1] 8 U.S.C. § 1229a(b)(1) also provides that the immigration judge "shall have the authority (under regulations provided by the Attorney General) to sanction by civil money penalty any action (or inaction) in contempt of the judge's proper exercise of authority under this chapter." The Attorney General, however, has not yet promulgated such regulations.

Immigration Judge's proper exercise of authority. *Id.*

In the decision, the Immigration Judge asked the United States Attorney for the Northern District of California and the United States District Court for the Northern District of California to provide all assistance necessary to enforce the Immigration Judge's subpoena and to ensure Phat The Huynh's appearance at the next hearing in Immigration Court scheduled for August 22, 2007, at 2:00 p.m..

### III. DISCUSSION

8 C.F.R. § 1003.35(b)(6) sets out a procedure by which an Immigration Judge can ask the United States Attorney's Office and the United States District Court for assistance in enforcing a subpoena when a witness has neglected or refused to appear and testify in Immigration Court. It provides:

> If a witness neglects or refuses to appear and testify as directed by the subpoena served upon him or her in accordance with the provisions of this section, the Immigration Judge issuing the subpoena shall request the United States Attorney for the district in which the subpoena was issued to report such neglect or refusal to the United States District Court and to request such court to issue an order requiring the witness to appear and testify and to produce the books, papers or documents designated in the subpoena.

As noted above, the Immigration Judge issued a decision on April 26, 2007, finding that Phat The Huynh was properly served with a subpoena commanding him to appear at a removal hearing before the Immigration Judge on December 20, 2006, and finding that Phat The Huynh failed to appear at the December 20, 2006 hearing or contact the Immigration Court in advance of the hearing. Olsen Declaration at Exhibit A. The next scheduled hearing in Immigration Court is August 22, 2007, at 2:00 p.m. *Id.*

This petition filed by EOIR asks this Court to issue an order requiring Phat The Huynh to show cause why this Court should not direct him to appear and testify in Immigration Court in San Francisco in Phuong Thi Ly's removal proceeding on August 22, 2007, at 2:00 p.m.

| | |
|---|---|
| Dated: June 28, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney |
| | _____/s/_____<br>EDWARD A. OLSEN<br>Assistant United States Attorney |