SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-6927

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>          Petitioner,<br><br>   v.<br><br>PHAT THE HUYNH,<br><br>          Respondent. | No. 07-2539 MMC<br><br>**[PROPOSED] AMENDED ORDER TO SHOW CAUSE RE: ENFORCEMENT OF SUBPOENA ISSUED BY A UNITED STATES IMMIGRATION JUDGE** |

    Good cause having been shown by the petitioner upon its amended petition filed in the above-entitled matter, it is hereby:

    **ORDERED** that respondent, Phat The Huynh, is ordered to appear before this Court on _____, 2007, at ____ a.m./p.m. in Courtroom No. ____, ____ Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102, and then and there, show cause, if any, why he should not be compelled to appear at the removal hearing of Phuong Thi Ly (A45-997-108), on August 22, 2007, at 2:00 p.m., as directed by the subpoena issued by Immigration Judge Robert Yeargin, which was served on the respondent on October 28, 2006.[1]

    **ORDERED** that a certified copy of the Amended Order to Show Cause, together with a copy of

---

[1] The date of the removal hearing, previously set for July 18, 2007, will be re-scheduled.

1

the aforesaid amended petition, as well as the petitioner's amended memorandum in support of petition and the declaration of Edward A. Olsen, be served upon said respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Amended Order above specified; and it is further

ORDERED that within twenty-one (21) days before the return date of this Amended Order, respondent may file and serve a written response to the amended petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion they desire to make, that the petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Amended Order; that all motions and issues raised by the pleadings will be considered on the return date of this Amended Order; and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declarations(s) will be considered at the return of this Amended Order, and any uncontested allegation in the petition will be considered admitted.

**IT IS SO ORDERED.**

Dated: _____

MAXINE M. CHESNEY
United States District Judge