```
 1  SCOTT N. SCHOOLS, SCSBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5    450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
 6    Telephone: (415) 436-7124
      FAX: (415) 436-6927
 7
    Attorneys for Petitioner
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | ) ) ) | No. 07-2539-MMC |
|---|---|---|
| Petitioner, | ) ) | **ORDER GRANTING AMENDED PETITION TO ENFORCE A SUBPOENA ISSUED BY A UNITED STATES IMMIGRATION JUDGE** |
| v. | ) ) ) | |
| PHAT THE HUYNH, | ) ) | |
| Respondent. | ) ) ) | |

This matter came before the Court on petitioner's amended petition to enforce a subpoena issued by a United States Immigration Judge. The Court has carefully considered the pleadings of record and for the reasons set forth in the petitioner's amended petition, grants the amended petition and directs the respondent to appear and testify at the removal proceedings of Phuong Thi Ly, in the United States Immigration Court in San Francisco, California, on August 22, 2007, at 2:00 p.m., in compliance with the subpoena issued by United States Immigration Judge Robert Yeargin.

Dated: June 28, 2007

                                                                        MAXINE M. CHESNEY
                                                                        United States District Judge