1 | SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927
7 |

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW, | ) ) ) ) | No. C 07-2539 MMC |
|---|---|---|
| Petitioner, | ) ) ) | **PROOF OF SERVICE** |
| v. | ) ) | |
| PHAT THE HUYNH, | ) ) | |
| Respondent. | ) ) | |

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of: **Amended Petition to Enforce a Subpoena Issued by a United States Immigration Judge; Amended Memorandum in Support; Declaration of Edward Olsen; [Proposed] Amended Order to Show Cause and [Proposed] Order Granting Amended Petition to Enforce a Subpoena Issued by a United States Immigration Judge** electronically filed on June 28, 2007, and this **Proof of Service** to be served this date by mail upon the person at the address stated below, which is the last known address:

Proof of Service
C07-2539 MMC                    1

1 | Phat The Huynh
2 | 176 Round Street
  | Vallejo, CA 94589

3
4   I declare under penalty of perjury under the laws of the United States that the foregoing is
5   true and correct.
6   Executed this 28th day of June 2007, at San Francisco, California.

7
8                                               /s/
                                         Tiffani Chiu
                                         Paralegal Specialist
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28