SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-6927

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>    Petitioner,<br><br>    v.<br><br>PHAT THE HUYNH,<br><br>    Respondent. | No. 07-2539 MMC<br><br>[PROPOSED] AMENDED ORDER TO SHOW CAUSE RE: ENFORCEMENT OF SUBPOENA ISSUED BY A UNITED STATES IMMIGRATION JUDGE |

    Good cause having been shown by the petitioner upon its amended petition filed in the above-entitled matter, it is hereby:

    **ORDERED** that respondent, Phat The Huynh, is ordered to appear before this Court on August 17, 2007, at 9:00 a.m. in Courtroom No. 7, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, 94102, and then and there, show cause, if any, why he should not be compelled to appear at the removal hearing of Phuong Thi Ly (A45-997-108), on August 22, 2007, at 2:00 p.m., as directed by the subpoena issued by Immigration Judge Robert Yeargin, which was served on the respondent on October 28, 2006.[1]

    **ORDERED** that a certified copy of the Amended Order to Show Cause, together with a copy of

---

[1] The date of the removal hearing, previously set for July 18, 2007, will be re-scheduled.

1

1 the aforesaid amended petition, as well as the petitioner's amended memorandum in support of
2 petition and the declaration of Edward A. Olsen, be served upon said respondent in accordance with
3 Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of
4 this Amended Order above specified; and it is further

5     ORDERED that within twenty-one (21) days before the return date of this Amended Order,
6 respondent may file and serve a written response to the amended petition, supported by appropriate
7 affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion they
8 desire to make, that the petitioner may file and serve a written reply to such response, if any, within
9 fourteen (14) days before the return date of this Amended Order; that all motions and issues raised
10 by the pleadings will be considered on the return date of this Amended Order; and only those issues
11 raised by motion or brought into controversy by the responsive pleadings and supported by
12 affidavit(s) or declarations(s) will be considered at the return of this Amended Order, and any
13 uncontested allegation in the petition will be considered admitted.

**IT IS SO ORDERED.**

Dated: July 10, 2007

MAXINE M. CHESNEY
United States District Judge