SRB700192
POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| EDWARD A. OLSEN   Bar #: 214150<br>U.S. ATTORNEY'S OFFICE DEPARTMENT OF JUSTICE<br>450 GOLDEN GATE AVE, 9TH FLR<br>PO BOX 36055<br>SAN FRANCISCO, CA, 94102<br>TELEPHONE NO.: 415/436-7200   FAX NO. (Optional): | |

E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): PLAINTIFF/USDOJ

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
  STREET ADDRESS:
  MAILING ADDRESS:
  CITY AND ZIP CODE:
  BRANCH NAME:

PLAINTIFF/PETITIONER: USDOJ

DEFENDANT/RESPONDENT: PHAT THE HUYNH

CASE NUMBER:
072539MMC

**PROOF OF SERVICE OF SUMMONS**

Ref. No. or File No.:

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☐ summons
   b. ☐ complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet *(served in complex cases only)*
   e. ☐ cross-complaint
   f. ☒ other *(specify documents):* SEE ATTACHMENT OF SERVICE DOCUMENTS

3. a. Party served *(specify name of party as shown on the documents served):*
      PHAT THE HUYNH

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 176 ROUND STREET
                                        VALLEJO, CA 94589

5. I served the party *(check proper box)*
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* 07/23/07   (2) at *(time):* 10:37 AM
   b. ☐ **by substituted service.** On *(date):*       at *(time):*       I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3b):*

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on
          *(date):*        from *(city):*                          or ☐ a declaration of mailing is attached.

      (5) ☐ I attached a **declaration of diligence** stating actions taken first to attempt personal service.

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. Jaunuary 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code Civil Procedure § 417.10

sberreyesa / POS1

| PLAINTIFF/PETITIONER: USDOJ | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: PHAT THE HUYNH | 072539MMC |

    c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

        (1) on *(date):*                          (2) from *(city):*

        (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

        (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

    d. ☐ **by other means** *(specify means of service and authorizing code section):*

        ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
    a. ☒ as an individual defendant.
    b. ☐ as the person sued under the fictitious name of *(specify):*
    c. ☐ as occupant.
    d. ☐ On behalf of *(specify):*
       under the following Code of Civil Procedure section.
         ☐ 416.10 (corporation)      ☐ 415.95 (business organization, form unknown)
         ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
         ☐ 416.30 (joint stock company/association)      ☐ 416.70 (ward or conservatee)
         ☐ 416.40 (association or partnership)      ☐ 416.90 (authorized person)
         ☐ 416.50 (public entity)      ☐ 415.46 (occupant)
                                                                 ☐ other:

7. **Person who served papers**
    a. Name: **MICHAEL D. THARPE**
    b. Address: **2025 GATEWAY PLACE, SUITE 330, SAN JOSE, CA 95110**
    c. Telephone number: **408/441-7000**
    d. **The fee** for service was: $
    e. I am:
        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ registered California process server:
           (i) ☐ owner ☒ employee ☐ independent contractor.
           (ii) Registration No.: **885**
           (iii) County: **ALAMEDA**

8. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am the California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **07/26/07**

**MICHAEL D. THARPE**                ▶ *(signature)*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

POS-010 [Rev. January 1, 2007]       **PROOF OF SERVICE OF SUMMONS**      Page 2 of 2

# Attachment of Service Documents

## USDOJ vs. Phat The Huynh

1. Summons;
2. Amended Petition to Enforce a Subpoena;
3. Amended Memorandum in Support;
4. Declaration of Edward A. Chen in Support;
5. Certified Amended Order to Show Cause;