IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW,<br><br>    Petitioner,<br><br>  v.<br><br>PHAT THE HUYNH,<br><br>    Respondent.<br>_____/ | No. C-07-2539 MMC<br><br>**ORDER GRANTING UNOPPOSED AMENDED PETITION TO ENFORCE SUBPOENA ISSUED BY UNITED STATES IMMIGRATION JUDGE; VACATING HEARING**<br><br>(Docket No. 11) |

      On July 10, 2007, the Court issued an amended order to show cause why respondent Phat The Huynh ("Huynh") "should not be compelled to appear at the removal hearing of Phuong Thi Ly (A45-997-108), on August 22, 2007, at 2:00 p.m., as directed by the subpoena issued by United States Immigration Judge Robert Yeargin, which was served on the respondent on October 28, 2006." (See Amended Order to Show Cause at 1.) The Court set a hearing on the order to show cause for August 17, 2007, and granted Huynh leave to file a response to the order to show cause or a motion no later than twenty-one days before the hearing date. The Court further ordered that "only those issues raised by motion or brought into controversy by the responsive pleadings" would be considered at the August 17, 2007 hearing, and that any uncontested allegation in the petition would be considered admitted. (See id. at 2.)

      To date, no response or motion has been filed, and Huynh has submitted no request

for an extension of time to do so.

Having reviewed the papers submitted in support of the petition, the Court finds the matter appropriate for resolution without oral argument, see Civil L.R. 7-1(b), and hereby VACATES the August 17, 2007 hearing.

For good cause shown, the petition is hereby GRANTED, and Huynh is hereby ORDERED to appear and testify before United States Immigration Judge Robert Yeargin at the removal hearing of Phuong Thi Ly on August 22, 2007, at 2:00 p.m., at 120 Montgomery Street, 8th Floor, Courtroom 6, San Francisco, California 94104, or at such time and place as further directed by Judge Yeargin. Petitioner shall serve Huynh with a copy of this order forthwith.

**IT IS SO ORDERED.**

Dated: August 8, 2007

MAXINE M. CHESNEY
United States District Judge

2