```
1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants
```

9                              UNITED STATES DISTRICT COURT

10                            NORTHERN DISTRICT OF CALIFORNIA

11                                   SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 UNITED STATES DEPARTMENT OF JUSTICE, EXECUTIVE OFFICE FOR 13 IMMIGRATION REVIEW, | ) ) ) ) | No. C 07-2539 MMC |
| 14           Petitioner, | ) ) | **PROOF OF SERVICE** |
| 15           v. | ) ) | |
| 16 PHAT THE HUYNH, | ) ) | |
| 17           Respondent. | ) ) | |

19      The undersigned hereby certifies that she is an employee of the Office of the United States

20 Attorney for the Northern District of California and is a person of such age and discretion to be

21 competent to serve papers. The undersigned further certifies that she caused a copy of: **Order**

22 **Granting Amended Petition to Enforce Subpoena Issued by a United States Immigration**

23 **Judge; Vacating Hearing** electronically filed on August 8, 2007, and this **Proof of Service** to be

24 served this date by mail upon the person at the address stated below, which is the last known

25 address:

26 Phat The Huynh
   176 Round Street
27 Vallejo, CA 94589

28

Proof of Service
C07-2539 MMC                                    1

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed this 10th day of August 2007, at San Francisco, California.

                                                          /s/
                                         Tiffani Chiu
                                       Paralegal Specialist